IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE BRUCE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE WEDGE MEDICAL | : | |
| CENTER, INC., *et al.*, | : | No. 20-4058 |
| Defendants. | : | |

## ORDER

AND NOW, on August 11, 2021, upon consideration of Defendant's Motion for Summary Judgment (doc. 26), Plaintiff's Response (doc. 29), and Defendant's Reply (doc. 30), and in accordance with the accompanying memorandum opinion, it is ORDERED that the motion is GRANTED.

Plaintiff's complaint is dismissed and the clerk shall mark this case closed.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE